# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **SEVEN NETWORKS, LLC** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | Civil Action No. 2:19-cv-115-JRG |
| v. | § | |
| | § | |
| **APPLE INC.,** | § | |
| | § | **JURY TRIAL REQUESTED** |
| **Defendant.** | § | |

## JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER

Plaintiff SEVEN Networks, LLC (Plaintiff) and Defendant Apple Inc. (Defendant) (collectively, the Parties) file this motion for entry of a Protective Order.

Accordingly, the Parties respectfully request that the Court enter the Protective Order attached as Exhibit A.

Dated: July 29, 2019

Respectfully submitted,

/s/ *Samuel Baxter*
Samuel F. Baxter (Tex. Bar No. 01938000)
sbaxter@mckoolsmith.com
Jennifer Truelove (Tex. Bar No. 24012906)
jtruelove@mckoolsmith.com
MCKOOL SMITH, P.C.
104 East Houston, Suite 300
Marshall, TX  75670
Telephone:  903-923-9000
Facsimile:  903-923-9099

Kevin Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Seth R. Hasenour
Texas State Bar No. 24059910
shasenour@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone:  (512) 692-8704


Kevin Schubert
kschubert@mckoolsmith.com
MCKOOL SMITH, P.C.
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400

Eric Hansen
Texas State Bar No. 19196650
ehansen@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone:  (214) 978-4000

***Attorneys for Plaintiff  SEVEN Networks, LLC***

| | |
|---|---|
| Dated:  July 29, 2019 | /s/ *Ruffin Cordell* <br> Ruffin Cordell (Lead Counsel) <br> cordell@fr.com <br> Texas Bar Number 04820550 <br> Indranil Mukerji <br> mukerji@fr.com <br> Massachusetts Bar Number 644059 <br> FISH & RICHARDSON P.C. <br> 1000 Maine Avenue SW, Suite 1000 <br> Washington, DC 20024 <br> Telephone: 202-783-5070 <br> Facsimile: 202-783-2331 <br><br> Benjamin C. Elacqua <br> Texas Bar Number 24055443 <br> elacqua@fr.com <br> Raisa Ahmad <br> Texas Bar Number 24101437 <br> ahmad@fr.com <br> Kathryn Quisenberry <br> Texas Bar Number 24105639 <br> quisenberry@fr.com <br> FISH & RICHARDSON P.C. <br> 1221 McKinney Street, Suite 2800 <br> Houston, TX 77010 <br> Telephone: 713-654-5300 <br> Facsimile: 713-652-0109 <br><br> Betty Chen <br> Texas Bar No. 24056720 <br> bchen@fr.com <br> FISH & RICHARDSON P.C. <br> 500 Arguello Street, Suite 500 <br> Redwood City, CA 94063 <br> Telephone: 650-839-5070 <br> Facsimile: 650-839-5071 <br><br> Noah Graubart <br> Georgia Bar Number 141862 <br> graubart@fr.com <br> FISH & RICHARDSON P.C. <br> 1180 Peachtree Street NE, 21st Floor <br> Atlanta, GA 30309 <br> Telephone: 404-582-5005 <br> Facsimile: 404-582-5002 |

Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

***Attorneys for Defendant Apple Inc.***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic services on July 29, 2019.  Local Rule CV-5(a)(3)(A).

*/s/ Jennifer Truelove*
Jennifer Truelove

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and counsel for Defendant have discussed the matters herein and have agreed to this joint filing.

*/s/ Jennifer Truelove*
Jennifer Truelove
