UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SEVEN NETWORKS, LLC**<br><br>      **Plaintiff,**<br>v.<br><br>**APPLE INC.**<br><br>      **Defendant.** | **Civil Action No. 2:19-cv-115-JRG**<br><br>**JURY TRIAL REQUESTED** |

## ORDER GRANTING JOINT MOTION FOR CLARIFICATION REGARDING FOCUSING ORDER

Now before the Court is the parties' Joint Motion for Clarification Regarding the Court's Focusing Order (Dkt. 40). The Court, after consideration, is of the opinion that the motion should be GRANTED as specified below.

- The Court [GRANTS the Motion as to Apple's position or GRANTS the Motion as to SEVEN's position]. The Court finds that [Apple IS NOT required to further reduce its assertions or Apple IS required to eliminate 18 items from its list].

- The Court [GRANTS the Motion as to Apple's position or GRANTS the Motion as to SEVEN's position]. The Court finds that [Apple IS NOT required to identify whether it is asserting anticipation or obviousness or IS required to identify whether it is asserting anticipation or obviousness].

- The Court [GRANTS the Motion as to Apple's position or GRANTS the Motion as to SEVEN's position]. The Court finds that [Apple disclosed these combinations in its invalidity contentions or DID NOT disclose these combinations in its invalidity contentions and must withdraw them].